THE STATE v. JONES, *Appellant.*

Division Two, November 5, 1894.

Criminal Practice: BILL OF EXCEPTIONS: VACATION FILING. Where the bill of exceptions was filed in vacation without an order of the court permitting the same, and the proceedings are otherwise regular, the judgment will be affirmed.

*Appeal from Ozark Circuit Court.*—HON. W. N. EVANS, Judge. .

AFFIRMED.

*R. F. Walker,* Attorney General, and *Morton Jourdan,* Assistant Attorney General, for the state.

Under the statute, bills of exceptions must be filed at the term at which the appeal was allowed, unless, by consent of parties, the court enters an order of record, extending the time for filing the same. R. S. 1889, sec. 2168.

SHERWOOD, J.—As the conviction of the defendant of an assault with intent to kill was, in all respects, regular, and the precedent steps leading to that result were of like validity, it only remains to say that the

judgment must be affirmed because the bill of excep-
tions, so-called, was filed in vacation, and no order was
entered of record at the preceding term permitting this
to be done.    All concur.